UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIE MACLAY, as Personal Representative of the Estate of Lia Christine Hawkins, deceased.<br><br>    Plaintiff,<br><br>LUNDE MARINE ELECTRONICS, INC.,<br>    Plaintiff in Intervention,<br><br>    v.<br><br>M/V SAHARA, IMO No. 6600826, her engines, tackle, rigging, equipment and other appurtenances, in rem; and G SHIPPING LTD.,<br><br>    Defendants. | CASE NO. C12-512-RSM<br><br>ORDER STRIKING PLAINTIFF'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT |

    Plaintiff filed three motions for partial summary judgment on November 29, 2012. Per the version of Local Rule 7 in effect at the time of filing, "the filing of multiple dispositive motions to avoid the page limits . . . is strongly discouraged." LR 7(e)(3). The Local Civil Rules were amended on December 1, 2012. Rule 7's amendment clarifies the intent of the rule. Local

1 Civil Rule 7(e)(3) now reads "[a]bsent leave of the court, the parties must not file
2 contemporaneous dispositive motions, each one directed toward a discrete issue or claim." In
3 light of the spirit of former Rule 7 and amended Rule 7, the Court exercises its discretion and
4 hereby STRIKES Dkt. ## 58, 60, and 65 as an improper attempt to circumvent the page limit
5 requirements imposed by the Local Civil Rules.  As the dispositive motion deadline in this case
6 is set for December 21, 2012, Plaintiff shall have until that date to file a single summary
7 judgment motion.  Plaintiff need not file duplicate declarations with the Court in support of the
8 single summary judgment motion and shall cite to the docket as appropriate.  The Clerk is
9 directed to STRIKE Dkt. ## 58, 60, and 65, and to forward a copy of this Order to all counsel of
10 record.

12 Dated this 10 day of December 2012.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE