UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIE MACLAY, as Personal Representative of the Estate of Lia Christine Hawkins, deceased.<br><br>Plaintiff,<br><br>LUNDE MARINE ELECTRONICS, INC.,<br>    Plaintiff in Intervention,<br><br>v.<br><br>M/V SAHARA, IMO No. 6600826, her engines, tackle, rigging, equipment and other appurtenances, in rem; and G SHIPPING LTD.,<br><br>Defendants. | CASE NO. C12-512-RSM<br><br>ORDER STRIKING PLAINTIFF'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT |

    Plaintiff filed three motions for partial summary judgment on November 29, 2012. Per the version of Local Rule 7 in effect at the time of filing, "the filing of multiple dispositive motions to avoid the page limits . . . is strongly discouraged." LR 7(e)(3). The Local Civil Rules were amended on December 1, 2012. Rule 7's amendment clarifies the intent of the rule. Local

ORDER STRIKING PLAINTIFF'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT - 1

1 Civil Rule 7(e)(3) now reads "[a]bsent leave of the court, the parties must not file
2 contemporaneous dispositive motions, each one directed toward a discrete issue or claim." In
3 light of the spirit of former Rule 7 and amended Rule 7, the Court exercises its discretion and
4 hereby STRIKES Dkt. ## 58, 60, and 65 as an improper attempt to circumvent the page limit
5 requirements imposed by the Local Civil Rules. As the dispositive motion deadline in this case
6 is set for December 21, 2012, Plaintiff shall have until that date to file a single summary
7 judgment motion. Plaintiff need not file duplicate declarations with the Court in support of the
8 single summary judgment motion and shall cite to the docket as appropriate. The Clerk is
9 directed to STRIKE Dkt. ## 58, 60, and 65, and to forward a copy of this Order to all counsel of
10 record.

12   Dated this 10 day of December 2012.

    RICARDO S. MARTINEZ
    UNITED STATES DISTRICT JUDGE