UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIE MACLAY, as Personal Representative of the Estate of Lia Christine Hawkins, deceased.<br><br>  Plaintiff,<br><br>LUNDE MARINE ELECTRONICS, INC.,<br>  Plaintiff in Intervention,<br><br>  v.<br><br>M/V SAHARA, IMO No. 6600826, her engines, tackle, rigging, equipment and other appurtenances, in rem; and G SHIPPING LTD.,<br><br>  Defendants. | CASE NO. C12-512 RSM<br><br>ORDER ON PLAINTIFF'S MOTIONS IN LIMINE |

The Court, having considered Plaintiff's motions in limine (Dkt. # 88), the responses thereto, and the balance of the file, does now find and ORDER:

**1. Motion to admit certified copy of Death Certificate.**

MOOT by agreement.

**2. Motion to admit G Shipping's report to U.S. Coast Guard**

GRANTED

**3. Motion to exclude OSHA file and any references thereto**

GRANTED IN PART. The OSHA file shall not be admitted. Testimony regarding the OSHA investigation may be admitted if plaintiff's witness opens the door.

**4. Motion to exclude Seattle Police Department file and references thereto**

MOOT by agreement.

**5. Motion to exclude evidence or argument on contributory and comparative fault, assumption of risk, and co-worker negligence defenses**

GRANTED

**6. Motion to exclude Toxicology Report and any evidence of impairment**

GRANTED

**7. Motion to exclude testimony of defense expert Capt. R. Russell Johnson**

DENIED

**8. Motion to exclude alleged DUI or criminal acts of Ms. Hawkins**

GRANTED

**9. Motion to exclude Defense expressions of sympathy that post-date Ms. Hawkins' death**

DENIED subject to renewal at trial.

**10. Motion to exclude evidence of or references to payment of funeral expenses**

DENIED subject to renewal at trial.

**11. Motion to exclude witnesses and documents not previously disclosed**

MOOT by agreement.

**12. Motion to exclude references to settlement negotiations**

1  MOOT by agreement.

2  **13. Motion to exclude references to the parties' motions in limine**

3  MOOT by agreement.

4

5      Dated this 5th day of April 2013.

6

7

8                                    _____
                                     RICARDO S. MARTINEZ
9                                    UNITED STATES DISTRICT JUDGE

10

ORDER ON PLAINTIFF'S MOTIONS IN LIMINE - 3